AO 440 (Rev. 06/12) Summons in a Civil Action      *Purple house*   **RETURN**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY  )<br>)<br>)<br>)<br>*Plaintiff(s)*  )<br>v.  )<br>PEGGY CARSKADON BAGALA,  )<br>DENA L. BAGALA, DARLENE L. BAGALA,  )<br>DAWN A. BAGALA, BUDDY J. BAGALA  )<br>)<br>*Defendant(s)*  ) | Civil Action No. 14-2738 R(3)<br><br>George W. Hargreaves |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Darlene L. Bagala
14842 W. Main Street
Cut Off, LA 70345

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Simeon B. Reimonenq, Jr.
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: Dec 04 2014                                               _____
                                                                Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-2738 R(3)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Harley Bagala__

was received by me on *(date)* __Dec 4, 2014__

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __George W. Hargreaves__ (Husband), a person of suitable age and discretion who resides there,
on *(date)* __Dec 6, 2014__ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __Dec 6, 2014__     __D Pusateri__
                          Server's signature

__D Pusateri / Process Server__
Printed name and title

__201 St Charles Ave. N.O.__
Server's address

Additional information regarding attempted service, etc: