AO 440 (Rev. 06/12)  Summons in a Civil Action

RETURN

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| PEGGY CARSKADON BAGALA, | ) |
| DENA L. BAGALA, DARLENE L. BAGALA, | ) |
| DAWN A. BAGALA, BUDDY J. BAGALA | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   14-2738 R(3)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Buddy J. Bagala
14070 W. Main Street
Cut Off, LA 70345

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Simeon B. Reimonenq, Jr.
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Deputy clerk's signature

Date:   Dec 04 2014

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  14-2738 R(3)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Buddy Bagala_

was received by me on *(date)* _Dec. 4, 2014_

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* _Robin_

_Bagala_ , a person of suitable age and discretion who resides there,

on *(date)* _Dec 6, 2014_ and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _Dec 6, 2014_ _____

_D. Pisateri_

*Server's signature*

_D. Pisateri / Process Server_

*Printed name and title*

_201 St Charles Ceap._

*Server's address*

Additional information regarding attempted service, etc: