UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | ) ) ) | CIVIL ACTION |
| | ) | NO. 2:14-cv-02738 |
| VERSUS | ) ) | |
| | ) | CHIEF JUDGE SARAH S. VANCE |
| PEGGY CARSKADON BAGALA, DENA L. BAGALA, DARLENE L. BAGALA, DAWN A. BAGALA, BUDDY J. BAGALA | ) ) ) | MAGISTRATE JUDGE KNOWLES |

## NOTICE OF VOLUNTARY EXTENSION OF TIME

Plaintiff, Transamerica Life Insurance Company ("Transamerica"), hereby notifies this Court that Dena L. Bagala, Darlene L. Bagala, Dawn A. Bagala and Buddy J. Bagala (collectively "Children Defendants") have contacted the undersigned to request a thirty (30) day extension of time to answer or otherwise respond to the Complaint for Declaratory Relief and/or in the Alternative for Interpleader.  The Children Defendants advised that due to the holidays, they have been unable to retain an attorney and therefore need the extension.  Transamerica has consented to the Children Defendants' request to extend the time to answer or otherwise respond to January 28, 2015, and advised the Children Defendants that Transamerica would notify the court.

Respectfully Submitted,

*/s/ Simeon B. Reimonenq, Jr.*
Simeon B. Reimonenq, Jr. #19755
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
**Attorneys for Transamerica Life Insurance Company**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing pleading has been forwarded to all counsel of record via the court's electronic service and/or U.S. mail this 29${}^{\text{th}}$ day of December 2014.

                                      */s/ Simeon B. Reimonenq, Jr.*
                                      SIMEON B. REIMONENQ, JR.

1976690_1