UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JAN 27 2015
        wℓ

WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | ) ) ) | CIVIL ACTION |
| VERSUS | ) ) | NO. 2:14-cv-02738 |
| PEGGY CARSKADON BAGALA, DENA L. BAGALA, DARLENE L. BAGALA, DAWN A. BAGALA, BUDDY J. BAGALA | ) ) ) ) ) | CHIEF JUDGE SARAH S. VANCE MAGISTRATE JUDGE KNOWLES |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

My name is Dawn Bagala I'm writing this letter to Pro-Se myself in the above court system. Please except this as my answer.

I have in the last four year had ovarian cancer stage 3 1/2 and a full hip replacement. I am single and on social security, $800.00 per month. I will except any portion proceedes of the annunity. I thank you for your time. I would like to have all the same rights as someone with an attorney. I prayfully thank you for understanding.

Dawn Bagala

*Dawn Bagala*

985-632-7552

115 East 60th

Cut off, LA. 70345

TENDERED FOR FILING

JAN 27 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

Dawn Barala
115 East 60th
Cut Off, LA. 70345

CERTIFIED MAIL
7011 3500 0001 1452 9702

U.S. POSTAGE PAID
CUT OFF, LA
70345
JAN 24, 15
AMOUNT $6.49
00026885-04

Clerk of Court New Orleans
500 Poydras Street
New Orleans, La. 70130-3319