14-2738 K(3)

Jan. 24, 2015

My name is Dawn Bagala I'm writing this letter to Pro-Se myself in the above court system. Please except this as my answer.

I have in the last four year had ovarian cancer 3 stage 1/2 and a full hip replacement. I am single and on social security, $800.00 per month. I will except any portion proceedes of the annunity. I thank you for your time. I would like to have all the same rights as someone with an attorney. I prayfully thank you for understanding.

TENDERED FOR FILING

FEB - 2 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 30 day of Jan, 2015.

_Dawn Bagala_
Signature

TENDERED FOR FILING

JAN 27 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Dawn Bagala

Dawn Bagala
985-632-7552
115 East 60th
Cut Off, LA. 70345

I have sent a copy to all that needs a copy
thank you
Dawn Bagala

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | ) ) ) | CIVIL ACTION |
| VERSUS | ) ) | NO. 2:14-cv-02738 |
| PEGGY CARSKADON BAGALA, DENA L. BAGALA, DARLENE L. BAGALA, DAWN A. BAGALA, BUDDY J. BAGALA | ) ) ) ) ) | CHIEF JUDGE SARAH S. VANCE MAGISTRATE JUDGE KNOWLES |

Dawn Bagala
115 E 60 st
Cut off, LA. 70345

7014 1820 0001 8872 6216

Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA. 70130



U.S. POSTAGE PAID
CUT OFF, LA
70345
JAN 30, 15
AMOUNT
$3.79
0002764309