## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRANSAMERICA LIFE INSURANCE COMPANY** | **CIVIL ACTION NO. 14-2738** |
| **VERSUS** | **SECTION "R"** |
| **PEGGY CARSKADON BAGALA, DENA L. BAGALA,** | **MAGISTRATE "3"** |
| **DARLENE L. BAGALA, DAWN A. BAGALA, and** | **JUDGE: SARAH S. VANCE** |
| **BUDDY J. BAGALA** | **MAGISTRATE: DANIEL E. KNOWLES, III** |

_____

### *EX-PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD AND TO CHANGE DESIGNATION OF TRIAL ATTORNEY BY DEFENDANT PEGGY CARSKADON BAGALA

_____

**NOW INTO COURT**, through undersigned counsel, comes Defendant and Claimant Peggy Carskadon Bagala, who moves to enroll additional counsel of record on her behalf pursuant to LR83.2.12. Movant wishes to enroll as her counsel Louis Jerome Stanley of the law firm Henchy, Verbois & Hackenberg, LLC. Movant further wishes that Louis Jerome Stanley be designated as Trial Attorney in this matter.

**WHEREFORE**, Peggy Carskadon Bagala prays that Louis Jerome Stanley of the law firm Henchy, Verbois & Hackenberg, LLC be added as additional counsel of record on her behalf, and that Louis Jerome Stanley be designated as Trial Attorney.

Respectfully Submitted By:

LEE A. CALLAIS
A PROFESSIONAL LAW CORPORATION

By: /s/ Lee A. Callais

LEE A. CALLAIS (#22014)
11872 Highway 308
P.O. Box 1575
Larose, Louisiana 70373
Tele: (985) 693-8877
lacallais@viscom.net


HENCHY, VERBOIS & HACKENBERG, LLC

By: /s/ Louis Jerome Stanley

LOUIS JEROME STANLEY (#12400)
*Of Counsel*
7904 Wrenwood Blvd., Suite C
Baton Rouge, LA 70809
Tele: (225) 926-1400
 jstanpc@jstanpc.brcoxmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 9, 2015, I electronically filed the foregoing pleading with the Clerk of this Court by using the CM/ECF system which will send a notice of electronic filing to the following persons:

Simeon B. Reimonenq, Jr., Esq.
***Attorney for Plaintiff***
  ***TransAmerica Life Insurance Company***

Leo M. Prance, III, Esq.
***Attorney for Defendant***
  ***Buddy J. Bagala***

Loulan J. Pitre, Jr., Esq.
***Attorney for Defendants***
  ***Dena Bagala and Darlene Bagala***

      I further certify that copies of the foregoing pleading have been served upon all non-CM/ECF filing parties by placing same in the United States Mail, postage prepaid and properly addressed, on February 9, 2015, as follows:

Dawn Bagala
115 East 60th
Cut Off, LA 70345
***PRO SE***

                                                  /s/ Lee A. Callais