UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRANSAMERICA LIFE INSURANCE COMPANY** | **CIVIL ACTION NO. 14-2738** |
| **VERSUS** | **SECTION "R"** |
| **PEGGY CARSKADON BAGALA, DENA L. BAGALA,** | **MAGISTRATE "3"** |
| **DARLENE L. BAGALA, DAWN A. BAGALA, and** | **JUDGE: SARAH S. VANCE** |
| **BUDDY J. BAGALA** | **MAGISTRATE: DANIEL E. KNOWLES, III** |

_____

**ORDER**
_____

**Considering the Motion** of Peggy Carskadon Bagala to Enroll Additional Counsel of Record and To Change Designation of Trial Attorney, the motion is hereby GRANTED.

**IT IS ORDERED** that Louis Jerome Stanley of the law firm of Henchy, Verbois & Hackenberg, LLC is added as additional counsel of record on behalf of Defendant and Claimant Peggy Carskadon Bagala.

**IT IS FURTHER ORDERED** that Louis Jerome Stanley is designated as Trial Attorney for Peggy Carskadon Bagala in this matter.

New Orleans, Louisiana this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE