UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | ) ) ) | CIVIL ACTION |
| | ) | NO. 2:14-cv-02738 |
| VERSUS | ) ) | |
| | ) | CHIEF JUDGE SARAH S. VANCE |
| PEGGY CARSKADON BAGALA, | ) | |
| DENA L. BAGALA, | ) | MAGISTRATE JUDGE KNOWLES |
| DARLENE L. BAGALA, | ) | |
| DAWN A. BAGALA, | | |
| BUDDY J. BAGALA | | |

**O R D E R**

Considering Transamerica's Ex Parte Motion to Enter Agreed Stipulated Protective Order,

**IT IS HEREBY ORDERED** that the Motion to Enter Agreed Stipulated Protective Order is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Stipulated Protective Order be and is hereby entered into the record.

New Orleans, Louisiana, this __16th__ day of _____March_____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE