UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRANSAMERICA LIFE INSURANCE COMPANY** | **CIVIL ACTION NO. 14-2738** |
| **VERSUS** | **SECTION "R"** |
| **PEGGY CARSKADON BAGALA, DENA L. BAGALA,** | **MAGISTRATE "3"** |
| **DARLENE L. BAGALA, DAWN A. BAGALA, and** | **JUDGE: SARAH S. VANCE** |
| **BUDDY J. BAGALA** | **MAGISTRATE: DANIEL E. KNOWLES, III** |

_____

### NOTICE OF DEPOSITION
_____

PLEASE TAKE NOTICE that the undersigned counsel of record for defendant, PEGGY CARSKADON BAGALA, in this lawsuit proposes to take the deposition on oral examination by stenographic means of:

**WILLIAM H. McCRERY**

on Friday, July 31, 2015 at 10:00 a.m., Easter Daylight Time, before and by Accurate Court Reporting, or another officer authorized to administer oaths, or by someone acting under their direction. This deposition will begin at the scheduled time listed below, or as soon thereafter as is practicable, and will continue, from day to day, until completed.

    **When:**    July 31, 2015 at 10:00 a.m. EDT

    **Where:**    Holiday Inn Express, Business Conference Center
                    380 Commercial Court
                    Venice, FL 34292

The deposition will be taken for all purposes.

You are hereby notified to be present and to take part in such manner as you see fit and proper.

Respectfully Submitted By:

HENCHY, VERBOIS & HACKENBERG, LLC

By: */s/ Louis Jerome Stanley*
LOUIS JEROME STANLEY (#12400)
*Of Counsel*
7904 Wrenwood Blvd., Suite C
Baton Rouge, LA 70809
Tele: (225) 926-1400
*jstanpc@jstanpc.brcoxmail.com*

LEE A. CALLAIS
A PROFESSIONAL LAW CORPORATION

By: */s/ Lee A. Callais*
LEE A. CALLAIS (#22014)
11872 Highway 308
P.O. Box 1575
Larose, Louisiana 70373
Telephone: (985) 693-8877
*lacallais@viscom.net*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2015, I electronically filed the foregoing pleading with the Clerk of this Court by using the CM/ECF system which will send a notice of electronic filing to the following persons:

      Simeon B. Reimonenq, Jr., Esq.
**Attorney for Plaintiff**
**TransAmerica Advisors Life Insurance Company**

      Leo M. Prance, III, Esq.
**Attorney for Defendant**
**Buddy J. Bagala**

      I further certify that copies of the foregoing pleading have been served upon all non-CM/ECF filing parties by placing same in the United States Mail, postage prepaid and properly addressed, on July 1, 2015, as follows:

      Ms. Dawn Bagala
115 East 60th
Cut Off, Louisiana 70345

      Ms. Dena Bagala Hebert
167 E. 12th Street
Larose, LA 70373

      Ms. Darlene Hargreaves
14842 W. Main Street
Cutoff, LA 70345

      */s/ Louis Jerome Stanley*