UNITED STATES DISTRICT COURT v2

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRANSAMERICA LIFE INSURANCE COMPANY** | **CIVIL ACTION NO. 14-2738** |
| **VERSUS** | **SECTION "R"** |
| **PEGGY CARSKADON BAGALA, DENA L. BAGALA,** | **MAGISTRATE "3"** |
| **DARLENE L. BAGALA, DAWN A. BAGALA, and** | **JUDGE: SARAH S. VANCE** |
| **BUDDY J. BAGALA** | **MAGISTRATE: DANIEL E. KNOWLES, III** |

_____

**DECLARATION OF LOUIS JEROME STANLEY IN SUPPORT OF
DEFENDANT PEGGY CARSKADON BAGALA'S
MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM**
_____

Louis Jerome Stanley, pursuant to 28 U.S.C. § 1746, declares as follows:

1.    I am a member of the law firm of Henchy, Verbois, & Hackenberg and co-counsel and trial counsel to Defendant Peggy Carskadon Bagala ("Peggy Bagala") in this case.

2.    I have read and reviewed Defendant Peggy Bagala's Motion for Extension of Time to File Responsive Pleading and Defendant Peggy Bagala's Memorandum in Support of Motion for Extension of Time to File Responsive Pleading. Each statement of fact contained in the motion and memorandum is true and correct.

3.    I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25, 2015.

/s/ Louis Jerome Stanley