UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | ) ) ) | CIVIL ACTION |
| | ) | NO. 2:14-cv-02738 |
| VERSUS | ) ) | |
| | ) | CHIEF JUDGE SARAH S. VANCE |
| PEGGY CARSKADON BAGALA, DENA L. BAGALA, DARLENE L. BAGALA, DAWN A. BAGALA, BUDDY J. BAGALA | ) ) ) | MAGISTRATE JUDGE KNOWLES |

## O R D E R

Considering the foregoing Motion to Dismiss filed by Transamerica Advisors Life Insurance Company,

**IT IS ORDERED** that all claims against Transamerica Advisors Life Insurance Company be and are hereby dismissed, with prejudice, relieving Transamerica Advisors Life Insurance Company of all liability for the death benefit deposited into the registry of this court.

New Orleans, Louisiana, this \_\_\_1st\_\_\_ day of \_\_\_\_\_October\_\_\_\_\_, 2015.

_____
UNITED STATES DISTRICT JUDGE