Certification of Funds in the Registry

PRINCIPAL: $ 3,968,584.86

Financial Deputy: _____ Date: 1/29/16

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | CIVIL ACTION |
| VERSUS | NO. 14-02738 |
| PEGGY CARSKADON BAGALA, *ET AL.* | SECTION "R" |
| | JUDGE VANCE |
| | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the above and foregoing Motion to Withdraw Funds from Account filed by Defendants, Dawn A. Bagala, Darlene Hargreaves a/k/a Darlene L. Bagala, and Dena Bagala Hebert a/k/a Dena L. Bagala, (collectively, "Bagala Daughters"),

IT IS ORDERED that the foregoing motion be and the same is HEREBY GRANTED.

THE FINANCE UNIT OF THE CLERK OF COURT IS HEREBY AUTHORIZED and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $992,146.21 plus all interest earned less the assessment fee for the administration of funds, payable to

    Darlene Bagala and
    Stone Pigman Walther Wittmann LLC,
    546 Carondelet Street, New Orleans, Louisiana 70130.

- 1 -

1199519v1

THE FINANCE UNIT OF THE CLERK OF COURT IS HEREBY ALSO AUTHORIZED and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $992,146.21 plus all interest earned less the assessment fee for the administration of funds, payable to

> Dena Bagala and
> Stone Pigman Walther Wittmann LLC,
> 546 Carondelet Street, New Orleans, Louisiana 70130.

THE FINANCE UNIT OF THE CLERK OF COURT IS FURTHER AUTHORIZED and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $992,146.21 plus all interest earned less the assessment fee for the administration of funds, payable to

> Dawn Bagala and
> Stone Pigman Walther Wittmann LLC,
> 546 Carondelet Street, New Orleans, Louisiana 70130.

THE FINANCE UNIT OF THE CLERK OF COURT IS DIRECTED to make the three checks available for pick up at the Office of the Clerk of Court by Samantha P. Griffin or Carmelite M. Bertaut of Stone Pigman Walther Wittmann LLC.

Thus done and signed in New Orleans, Louisiana, this 1st day of February, 2016.

_____
JUDGE