Certification of Funds in the Registry

PRINCIPAL: $ *992,146.23*

Financial Deputy: *E Laiche* Date: *2/2/16*

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | * | CIVIL ACTION |
|  | * |  |
| VERSUS | * | NO. 14-02738 |
|  | * |  |
| PEGGY CARSKADON BAGALA, ET AL | * | SECTION "R" |
|  | * |  |
|  | * | JUDGE VANCE |
|  | * |  |

*MAGISTRATE JUDGE KNOWLES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the above forgoing Motion to Withdraw Funds from Account filed by Defendant, Buddy Bagala.

IT IS ORDERED that the foregoing motion be and the same is HEREBY GRANTED.

THE FINANCE UNIT OF THE CLERK OF COURT IS HEREBY AUTHORIZED and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $992,146.23 plus all interest earned less the assessment fee for the administration of funds, payable to Buddy Bagala and Leo M. Prange, III, 917 N. Causeway Boulevard, Metairie, Louisiana 70001.

THE FINANCE UNIT OF THE CLERK OF COURT IS DIRECTED to make the check available for pick up at the Office of the Clerk of Court by Leo M. Prange, III.

Thus done and signed in New Orleans, Louisiana, on this _2nd_ day of February, 2016.

*Sarah Vance*
_____
**JUDGE**