UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, *et al.*, | * * * | CIVIL ACTION NO. 14-2738 |
| Plaintiffs, | * * | |
| VERSUS | * * | SECTION R, DIVISION 3 |
| PEGGY CARSKADON BAGALA, *et al.*, | * * * | JUDGE SARAH S. VANCE MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendant-Claimant Peggy Carskodon Bagala ("Mrs. Bagala"), who respectfully requests, pursuant to Local Rule 83.2.12, that this Court add James R. Swanson (#18455) and Jesse Cobb Stewart (#36282) of Fishman Haygood, L.L.P., 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana 70170, as counsel of record for Defendant-Claimant Mrs. Bagala in this matter.

1

1010445v.1

Respectfully submitted,

Dated: February 5, 2016          /s/ James R. Swanson

James R. Swanson, La. Bar Roll No. 18455
Jesse Cobb Stewart, Bar Roll No. 36282
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

## CERTIFICATE

I hereby certify that on February 5, 2016 I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ James R. Swanson*