UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRANSAMERICA LIFE INSURANCE COMPANY,** *et al.*, | * * * | **CIVIL ACTION NO. 14-2738** |
| **Plaintiffs,** | * * | **SECTION R, DIVISION 3** |
| **VERSUS** | * * | **JUDGE SARAH S. VANCE** |
| **PEGGY CARSKADON BAGALA,** *et al.*, | * * * | **MAGISTRATE JUDGE DANIEL E. KNOWLES, III** |
| **Defendants.** | * | |

* * * * * * * * * * * * * * * * * * * * *  *

### RESPONSE AND LIMITED OBJECTION TO DEFENDANTS' MOTION FOR EXPEDITED TREATMENT OF CORRECTED MOTION FOR RELIEF FROM JUDGMENT

COMES NOW, Defendant-Claimant Peggy Carskadon Bagala ("Mrs. Bagala"), and files this short response and limited objection to Defendants-Claimants' Dawn A. Bagala, Darlene Hargreaves a/k/a Darlene L. Bagala, and Dena Bagala Hebert a/k/a Dena L. Bagala, (collectively, the "Bagala Daughters") Motion for Expedited Treatment of Corrected Motion for Relief from Judgment, R. Doc. 79.

Mrs. Bagala does not object to expedited consideration of the motion for relief from judgment filed on February 22, 2016. *See* R. Doc. 79 at ¶ 11. Nor does Mrs. Bagala object to an order requiring memoranda in opposition to Mrs. Bagala's request for relief from judgment "to be filed within 2 calendar days of this Court's entry of [an order granting the Bagala Daughters' request for expedited consideration]." *Id.*

Mrs. Bagala does object, however, to the Bagala Daughters' request that her motion for relief from judgment be deemed *submitted* "upon the filing of memoranda in opposition" to her motion, *to the extent* that it would prevent Mrs. Bagala from seeking leave to file a reply brief in

1

support of her motion. *See id.* The purpose of a reply brief "is to rebut the nonmovant's response, thereby persuading the court that the movant is entitled to the relief requested by the motion." *See Springs Indus., Inc. v. Am. Motorists Ins. Co.*, 137 F.R.D. 238, 239–40 (N.D. Tex. 1991); *cf. AAR, Inc. v. Nunez*, 408 F. App'x 828, 830 (5th Cir. 2011) (instructing that "a reply brief is limited to addressing matters presented by appellant's opening brief and by appellee's response brief"). Without knowing whether the Bagala Daughters will file opposition memoranda, much less what issues will be raised therein, it would be unreasonable to preemptively foreclose Mrs. Bagala's opportunity to request leave to file a reply brief in support of her motion.

**WHEREFORE,** Mrs. Bagala respectfully requests that the Court deny the Bagala Daughters' request for expedited consideration of her motion to vacate the judgment entered on December 29, 2015 *only to the extent* that it asks the Court to eliminate Mrs. Bagala's opportunity to request leave to file a reply in support of her motion. Mrs. Bagala respectfully suggests that should the Court grant the Bagala Daughters' request for expedited consideration, the Court should also instruct Mrs. Bagala to request leave to file a reply brief, accompanied by her proposed reply brief, if any, within five (5) days of the date that the Bagala Daughters submit their opposition memoranda, if any.[1]

Dated: February 24, 2016

New Orleans, Louisiana             Respectfully Submitted,

                                               */s/ James R. Swanson*
                                    James R. Swanson, La. Bar Roll No. 18455
                                    Jesse C. Stewart, La. Bar Roll No. 36282

---

[1] Counsel for the Bagala Daughters did not confer with undersigned counsel prior to filing the motion under consideration. Given that Mrs. Bagala consents to substantially all of the relief requested in the Bagala Daughters' motion, it is possible that differences regarding the submission date and Mrs. Bagala's right to seek leave to file a reply brief could have been ironed out, thus sparing the Court from deciding a contested motion.

**Fishman Haygood, L.L.P.**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250
Email: jswanson@fishmanhaygood.com

*Attorneys for Defendant-Claimant Peggy Carskadon Bagala*

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this 24th day of February, 2016, served a copy of the foregoing upon all counsel of record by CM/ECF filing.

                                    /s/ *James R. Swanson*