UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | CIVIL ACTION |
| VERSUS | NO. 14-02738 |
| PEGGY CARSKADON BAGALA, *ET AL.* | SECTION "R" |
| | JUDGE VANCE |
| | MAGISTRATE JUDGE KNOWLES |

# **O R D E R**

Considering the above and foregoing Motion For Expedited Treatment Of Corrected Motion For Relief From Judgment filed by Defendants,

**IT IS ORDERED** that the foregoing Motion For Expedited Treatment Of Corrected Motion For Relief From Judgment (Rec. Doc. 76) be and the same is **HEREBY GRANTED**.

**IT IS FURTHER ORDERED** that any memoranda in opposition to the Corrected Motion For Relief From Judgment filed by Defendant-Claimant Peggy Carskadon Bagala, Rec. Doc. 76, must be filed no later than Friday, February 26, 2016. Reply memorandum shall be filed no later than Tuesday, March 1, 2016, at which time the motion will be deemed submitted without oral argument.

**NEW ORLEANS, LOUISIANA**, this 25th day of February, 2016.

_Sarah Vance_
JUDGE

1200707v1